UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARL POOLE, individually and on behalf of all similarly situated persons, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:18-cv-00967 ) |
| GREENWAY HOME SERVICES, LLC, GREENWAY HOME SERVICES OF NASHVILLE, LLC, WHIT GREENWAY, and DEVIN WILLIAMS, individually, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Pending is a Joint Motion for Order Adopting Arbitrator's Order Approving Settlement and Dismissing this Matter with Prejudice (Doc. No. 29). The Motion is **GRANTED.** Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE